B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**District of Maryland** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stephens, Bradley Ray** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8178** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**17455 Garrett Highway**<br>**Oakland, MD**                                ZIP Code **21550** | Street Address of Joint Debtor (No. and Street, City, and State):                                ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Garrett** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                                ZIP Code | Mailing Address of Joint Debtor (if different from street address):                                ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|

**Type of Debtor** (Check one box)
- ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Stephens, Bradley Ray** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Donald Scott Goldbloom            December  2, 2009** |
| | Signature of Attorney for Debtor(s)                    (Date) |
| | **Donald Scott Goldbloom** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Stephens, Bradley Ray**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** __/s/ Bradley Ray Stephens_____
Signature of Debtor  **Bradley Ray Stephens**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December  2, 2009**
Date

### Signature of Attorney*

**X** __/s/ Donald Scott Goldbloom_____
Signature of Attorney for Debtor(s)

**Donald Scott Goldbloom 02057**
Printed Name of Attorney for Debtor(s)

**Donald Scott Goldbloom**
Firm Name

**12590 National Pike**
**Grantsville, MD 21536**

_____
Address

**Email: goldbloomlaw@verizon.net**
**301-895-5240  Fax: 301-895-5272**
Telephone Number

**December  2, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Donald Scott Goldbloom**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

**December  2, 2009**
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Maryland

In re **Bradley Ray Stephens** _____  Case No. _____

Debtor(s)   Chapter   **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Bradley Ray Stephens**
                                     **Bradley Ray Stephens**

Date:    **December  2, 2009**

Certificate Number: 01401-MD-CC-008384117

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 17, 2009 , at 9:15 o'clock PM EDT ,

Bradley R Stephens received from

GreenPath, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Maryland , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet .

Date: September 17, 2009          By     /s/Holli Bratt for Katie Janowski

                                  Name   Katie Janowski

                                  Title  Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re   **Bradley Ray Stephens**
_____ ,
Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 7 | 232,516.50 | | |
| B - Personal Property | Yes | 10 | 7,896.12 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 311,228.61 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 556.41 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 25,704.98 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,620.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,726.05 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 240,412.62 | | |
| Total Liabilities | | | | 337,490.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Maryland

In re  **Bradley Ray Stephens**
                                                              ,
                                    Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 556.41 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 556.41 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,620.00 |
| Average Expenses (from Schedule J, Line 18) | 1,726.05 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,887.98 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 556.41 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 25,704.98 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 25,704.98 |

B6A (Official Form 6A) (12/07)

.

In re    **Bradley Ray Stephens**                          ,    Case No. _____

                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **House and 60.52 acres located at 166 Round Glade Road, Oakland, MD 21550. Deed 765/666 & 1185/128. Deeded in names of Debtor and ex-wife, Stephanie Stephens. Appraisals $251,033 and $214,000. House is to be sold pursuant to divorce. Schedule A - Exhibit A, pgs. 1 - 5** | **Tenants by the entireties** | - | 232,516.50 | 311,228.61 |

| | | | | |
|---|---|---|---|---|
| | Sub-Total > | 232,516.50 | (Total of this page) |
| | Total > | 232,516.50 | |

  **0**   continuation sheets attached to the Schedule of Real Property                            (Report also on Summary of Schedules)

SCHEDULE A

EXHIBIT A, pgs. 1  - 5



| **Maryland Department of Assessments and Taxation** | **Go Back** |
| **GARRETT COUNTY** | **View Map** |
| **Real Property Data Search** (2007 ws5.14) | **New Search** |

**Account Identifier:**   **District - 14 Account Number - 034188**

| Owner Information | | |
|---|---|---|
| **Owner Name:** | STEPHENS, BRADLEY R & STEPHANIE | **Use:** RESIDENTIAL |
| | | **Principal Residence:** YES |
| **Mailing Address:** | 166 ROUNDGLADE RD | **Deed Reference:** 1) / 765/ 666 |
| | OAKLAND MD 21550 | 2) / 1185/ 128 |

| Location & Structure Information | |
|---|---|
| **Premises Address** | **Legal Description** |
| 168 ROUND GLADE ROAD | 60.52 |
| | W/S OAK-SANG RUN RD |
| | ROUND GLADE LOT 2 |

| Map | Grid | Parcel | Sub District | Subdivision | Section | Block | Lot | Assessment Area | Plat No: | F 188 |
|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 21 | 637 | | | | | | 2 | Plat Ref: | I/ 193 |

| **Special Tax Areas** | Town |
|---|---|
| | Ad Valorem |
| | Tax Class |

| Primary Structure Built | Enclosed Area | Property Land Area | County Use |
|---|---|---|---|
| 2001 | 1,664 SF | 60.52 AC | 000000 |

| Stories | Basement | Type | Exterior |
|---|---|---|---|
| 1 | YES | STANDARD UNIT | FRAME |

| Value Information | | | |
|---|---|---|---|
| | **Base Value** | **Value** | **Phase-in Assessments** |
| | | As Of 01/01/2008 | As Of 07/01/2009 | As Of 07/01/2010 |
| **Land** | 80,520 | 99,520 | | |
| **Improvements:** | 120,170 | 196,040 | | |
| **Total:** | 200,690 | 295,560 | 263,936 | 295,560 |
| **Preferential Land:** | 0 | 0 | 0 | 0 |

| Transfer Information | | |
|---|---|---|
| **Seller:** STEPHENS, BRADLEY R & STEPHANIE | **Date:** 01/06/2006 | **Price:** $0 |
| **Type:** NOT ARMS-LENGTH | **Deed1:** / 765/ 666 | **Deed2:** / 1185/ 128 |
| **Seller:** STOCKSLAGER, ROBERT S | **Date:** 03/02/1999 | **Price:** $80,000 |
| **Type:** NOT ARMS-LENGTH | **Deed1:** / 765/ 666 | **Deed2:** |
| **Seller:** | **Date:** | **Price:** |
| **Type:** | **Deed1:** | **Deed2:** |

| Exemption Information | | |
|---|---|---|
| **Partial Exempt Assessments** | **Class** | 07/01/2009 | 07/01/2010 |
| **County** | 000 | 0 | 0 |
| **State** | 000 | 0 | 0 |
| **Municipal** | 000 | 0 | 0 |

| **Tax Exempt:** | NO | **Special Tax Recapture:** |
|---|---|---|
| **Exempt Class:** | | * NONE * |

.



# SUMMARY RESIDENTIAL APPRAISAL REPORT

## LOCATED AT:

166 Round Glade Road
P/O L 765 F 666; L 1185 F 128
Oakland, MD 21550

## FOR:

Bradley R. Stephens
166 Round Glade Road
Oakland, MD 21550

## AS OF:

December 31, 2007

## BY:

Zane R. Byers
Jeremy R. Thayer

Form GA2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Schedule A - Exhibit A, pg. 3 of 5

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Address | 166 Round Glade Road | 872 Foy Road | | 400 Red Run Heights | | 838 Tanglewood Drive | |
| | Oakland, MD 21550 | McHenry, MD | | Oakland, MD | | Oakland, MD | |
| Proximity to Subject | | 7.69 miles NE | | 1.35 miles E | | 6.20 miles SW | |
| Sale Price | $ N/A | | $ 222,000 | | $ 232,000 | | $ 199,900 |
| Sale Price/Gross Liv. Area | $ N/A sq.ft. | $ 154.17 sq.ft. | | $ 223.08 sq.ft. | | $ 185.09 sq.ft. | |
| Data Source(s) | | MRIS/Tax Records | | MRIS/Tax Records | | MRIS/Tax Records | |
| Verification Source(s) | | Tax Records | | Tax Records | | Tax Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | N/A | 0 | N/A | 0 | N/A | 0 |
| Concessions | | | | | | | |
| Date of Sale/Time | | 12/2007 | 0 | 9/2007 | 0 | 11/2007 | 0 |
| Location | Suburban | Suburban | 0 | Suburban | 0 | Suburban | 0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0 | Fee Simple | 0 | Fee Simple | 0 |
| Site | 5 Acres | 5.3 Acres | 0 | 2.4 Acres | +5,000 | 4.0 Acres | +2,500 |
| View | Woods/Street | Similar | 0 | Similar | 0 | Similar | 0 |
| Design (Style) | Ranch | A-Frame | 0 | Chalet | 0 | Cape Cod | 0 |
| Quality of Construction | Average | Average | 0 | Average | 0 | Average | 0 |
| Actual Age | A6 E3 | A14 E7 | +2,000 | A10 E5 | +1,000 | A7 E3 | 0 |
| Condition | Good | Good | 0 | Good | 0 | Good | 0 |
| Above Grade | Total\|Bdrms.\|Baths | Total\|Bdrms.\|Baths | | Total\|Bdrms.\|Baths | | Total\|Bdrms.\|Baths | |
| Room Count | 5 \| 2 \| 2 | 6 \| 3 \| 2 | -2,000 | 5 \| 2 \| 2 | 0 | 6 \| 2 \| 1 | +1,000 |
| Gross Living Area | 1,664 sq.ft. | 1,440 sq.ft. | +5,600 | 1,040 sq.ft. | +15,000 | 1,080 sq.ft. | +15,000 |
| Basement & Finished | 1,664 Sq.Ft. | Slab | +5,000 | None | +5,000 | Slab | +5,000 |
| Rooms Below Grade | BR,BA,Office,Ut | None | +5,000 | None | +5,000 | None | +5,000 |
| Functional Utility | Average | Average | 0 | Average | 0 | Average | 0 |
| Heating/Cooling | GFA/CFA | EBB/None | +2,500 | EBB/None | +2,500 | EBB/None | +2,500 |
| Energy Efficient Items | Standard | Standard | 0 | Standard | 0 | Standard | 0 |
| Garage/Carport | 2 Car Attached | None | +5,000 | None | +5,000 | None | +5,000 |
| Porch/Patio/Deck | F Porch/R Deck | Similar | 0 | Similar | 0 | Similar | 0 |
| Fireplace(s) | None | None | 0 | 1 FP | -2,000 | 1 FP | -2,000 |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 23,100 | ☒ + ☐ - | $ 36,500 | ☒ + ☐ - | $ 34,000 |
| Adjusted Sale Price | | Net Adj. 10.4 % | | Net Adj. 15.7 % | | Net Adj. 17.0 % | |
| of Comparables | | Gross Adj. 12.2 % | $ 245,100 | Gross Adj. 17.5 % | $ 268,500 | Gross Adj. 19.0 % | $ 233,900 |

☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   Tax Records
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No Transfer Noted | No Transfer Noted | No Transfer Noted | No Transfer Noted |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Tax Records | Tax Records | Tax Records | Tax Records |
| Effective Date of Data Source(s) | 1/7/08 | 1/7/08 | 1/7/08 | 1/7/08 |

Summary of Sales Comparison Approach   The appraiser considers the weighted average of the adjusted sales cited indicative of the market value of the subject property.

Indicated Value by Sales Comparison Approach $ 251,033

Indicated Value by: Sales Comparison Approach $ 251,033    Cost Approach (if developed) $ 289,031    Income Approach (if developed) $ N/A
The appraiser has relied upon the Sales Comparison Approach for his final estimate of market value as supported by the Replacement Cost approach. Per scope of work, the appraiser invoked the extraordinary assumption that the subject property is 5 acres with the improvements and the assumption the rights of way will be accomodated for ingress/egress purposes.
This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 251,000 , as of December 31, 2007 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005                Page 2 of 6                Fannie Mae Form 1004 March 2005

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc.



## LAND APPRAISAL REPORT

### LOCATED AT:

W/S Oakland/Sang Run Road, 55+/- Acres
P/O L 765 F 666; L 1185 F 128
Oakland, MD 21550

### FOR:

Bradley R. Stephens
166 Round Glade Road
Oakland, MD 21550

### AS OF:

December 31, 2007

### BY:

Zane R. Byers
Jeremy R. Thayer

Schedule A – Exhibit A, pg. 5 of 56

| | | Census No. 006 | Map Reference P/O M 57 P 837 |
|---|---|---|---|

Borrower Not Applicable

Property Address W/S Oakland/Sang Run Road, 55+/- Acres

City Oakland     County Garrett     State MD     Zip Code 21550

Legal Description P/O L 785 F 666; L 1185 F 128

| Sale Price $ N/A | Date of Sale N/A | Loan Term N/A yrs. | Property Rights Appraised ☒ Fee ☐ Leasehold ☐ De Minimis PUD |
|---|---|---|---|

Actual Real Estate Taxes $ TBD (yr)    Loan charges to be paid by seller $ N/A    Other sales concessions N/A

Lender/Client Bradley R. Stephens     Address 166 Round Glade Road, Oakland, MD 21550

Occupant Vacant     Appraiser Zane R. Byers     Instructions to Appraiser Fair Market Valuation of 55+/- Acres Vacant Land

| Location | ☐ Urban | ☒ Suburban | ☐ Rural | | Good | Avg. | Fair | Poor |
|---|---|---|---|---|---|---|---|---|
| Built Up | ☐ Over 75% | ☒ 25% to 75% | ☐ Under 25% | Employment Stability | ☐ | ☒ | ☐ | ☐ |
| Growth Rate | ☐ Fully Dev. | ☐ Rapid | ☒ Steady | ☐ Slow | Convenience to Employment | ☐ | ☒ | ☐ | ☐ |
| Property Values | | ☐ Increasing | ☒ Stable | ☐ Declining | Convenience to Shopping | ☐ | ☒ | ☐ | ☐ |
| Demand/Supply | | ☐ Shortage | ☒ In Balance | ☐ Oversupply | Convenience to Schools | ☐ | ☒ | ☐ | ☐ |
| Marketing Time | | ☐ Under 3 Mos. | ☐ 4-6 Mos. | ☒ Over 6 Mos. | Adequacy of Public Transportation | ☐ | ☒ | ☐ | ☐ |
| Present Land Use | 60% 1 Family | 0% 2-4 Family | 0% Apts. 0% Condo 10% Commercial | Recreational Facilities | ☐ | ☒ | ☐ | ☐ |
| 0% Industrial | 0% Vacant | 30% Agrarian | | Adequacy of Utilities | ☐ | ☒ | ☐ | ☐ |
| Change in Present Land Use | ☐ Not Likely | ☒ Likely (*) | ☐ Taking Place (*) | Property Compatibility | ☐ | ☒ | ☐ | ☐ |
| (*) From Vacant | To Single Family Resid | | Protection from Detrimental Conditions | ☐ | ☒ | ☐ | ☐ |
| Predominant Occupancy | ☒ Owner | ☐ Tenant | % Vacant | Police and Fire Protection | ☐ | ☒ | ☐ | ☐ |
| Single Family Price Range | $ 50,000 to $ 600,000 | Predominant Value $ 175,000 | General Appearance of Properties | ☐ | ☒ | ☐ | ☐ |
| Single Family Age | New yrs. to 80 yrs. | Predominant Age 25 yrs. | Appeal to Market | ☐ | ☒ | ☐ | ☐ |

Comments including those factors, favorable or unfavorable, affecting marketability (e.g. public parks, schools, view, noise): Subject property is located on Round Glade Road, west of Oakland/Sang Run Road, approximately 2 miles from Deep Creek Lake, Maryland's largest freshwater recreational lake, offering a variety of water related activities. Most community services are available within a 3-5 mile typical market area. Average market appeal.

| Dimensions Per Deed Copies Attached | = 55+/- Ac. Sq. Ft. or Acres | ☐ Corner Lot |
|---|---|---|

Zoning classification Unzoned     Present Improvements ☒ do ☐ do not conform to zoning regulations

Highest and best use ☐ Present use ☒ Other (specify) SF Residential

| | Public | Other (Describe) | OFF SITE IMPROVEMENTS | Topo Sloped/Rolling, Lightly Wooded |
|---|---|---|---|---|
| Elec. | ☒ | | Street Access ☐ Public ☒ Private | Size 55+/- Acres |
| Gas | | None | Surface Gravel | Shape Irregular |
| Water | | None | Maintenance ☐ Public ☒ Private | View Woods/Street |
| San. Sewer | | None | ☒ Storm Sewer ☒ Curb/Gutter | Drainage Unknown |
| | ☒ | Underground Elect. & Tel. | ☒ Sidewalk ☒ Street Lights | Is the property located in a HUD Identified Special Flood Hazard Area? ☒ No ☐ Yes |

Comments (favorable or unfavorable including any apparent adverse easements, encroachments, or other adverse conditions): There does not appear to be any adverse encroachments or easements; however, the appraiser did not perform a title search nor was a survey plat available. Recognizing, detecting or measuring any toxic or hazardous substance is beyond the scope of the appraiser's expertise.

The undersigned has recited three recent sales of properties most similar and proximate to subject and has considered these in the market analysis. The description includes a dollar adjustment reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to or more favorable than the subject property, a minus (-) adjustment is made thus reducing the indicated value of subject; if a significant item in the comparable is inferior to or less favorable than the subject property, a plus (+) adjustment is made thus increasing the indicated value of the subject.

| ITEM | SUBJECT PROPERTY | COMPARABLE NO. 1 | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|
| Address | W/S Oakland/Sang Run Road 55 | W/S Yough River, Round Glade | 3 Mi W of Rt 219 | | Lot 14, Vista Ridge | |
| | Oakland, MD | Oakland, MD | Oakland, MD | | Oakland, MD | |
| Proximity to Subject | | 1.59 miles SW | 4.35 miles S | | 4.89 miles N | |
| Sales Price | $ N/A | $ 220,000 | $ 285,000 | | $ 190,000 | |
| Price /Acre N/A | $ N/A | $ 5,835 | $ 3,484 | | $ 3,198 | |
| Data Source | Inspection/Tax Rec | Tax Records | Tax Records | | Tax Records | |
| Date of Sale and | DESCRIPTION | DESCRIPTION | +(−)$ Adjust | DESCRIPTION | +(−)$ Adjust | DESCRIPTION | +(−)$ Adjust |
| Time Adjustment | N/A | 12/07 | +10,000 | 12/2007 | 0 | 1/2007 | +10,000 |
| Location | Suburban | Similar | 0 | Similar | 0 | Similar | 0 |
| Site/View | 55+/- Ac/Woods | 37.7 Acres | +43,250 | 81.8 Acres | -67,000 | 59.4 Acres | 0 |
| Improvements | None | None | 0 | None | 0 | None | 0 |
| Access/Maintenance | Private | Private | 0 | Private | 0 | Private | 0 |
| Utilities | Available in Area | Similar | 0 | Similar | 0 | Similar | 0 |
| River Frontage | None | Yes (400' +/- Est.) | -40,000 | None | 0 | None | 0 |
| Sales or Financing Concessions | N/A | N/A | 0 | N/A | 0 | N/A | 0 |
| Net Adj. (Total) | | ☒ + ☐ − $ 13,250 | ☐ + ☒ − $ -67,000 | | ☒ + ☐ − $ 10,000 | |
| Indicated Value of Subject | | Net 6.0 % $ 233,250 | Net 23.5% $ 218,000 | | Net 5.3 % $ 200,000 | |

Comments on Market Data: Market conditions are stable with lowered interest rates and a variety of mortgage loan programs. Loan discounts, interest buydowns, and similar concessions are not prevalent in the marketplace.

Comments and Conditions of Appraisal: Appraiser recommends due diligence be conducted through local authorities to investigate whether property is suitable for intended use. Appraiser makes no representations, guarantees or warranties. The appraiser invoked the extraordinary assumption that if subject property is subdivided by survey to reflect 55 acres, that the existing rights of way will be accomodated for ingress/egress purposes.

Final Reconciliation: Appraiser relied upon the Direct Sales Comparison Approach to arrive at the final estimate of value of the subject property, based on the weighted average of the adjusted sales cited above.

I ESTIMATE THE MARKET VALUE, AS DEFINED, OF SUBJECT PROPERTY AS OF December 31, 2007 to be $ 214,000

Zane R. Byers

Appraiser(s)     Zane R. Byers

Jeremy R. Thayer     ☐ Did ☒ Did Not Physically Inspect Property

Review Appraiser (if applicable)

[Y2K]

Garrettland, Inc.
Form LND — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

B6B (Official Form 6B) (12/07)

In re **Bradley Ray Stephens**                                                                    Case No. _____
                                                                                         ,
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand $20** | - | 20.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Account # xx3888, Share acct. $5, Checking acct. $902.73 Wepco Federal Credit Union PO Box 157 Bloomington, MD 21523-0157** | - | 907.73 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **TV $100** | - | 100.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books $25** | - | 25.00 |
| 6. | Wearing apparel. | | **Men's clothing $100** | - | 100.00 |
| 7. | Furs and jewelry. | | **Watch $10, costume jewelry $10** | - | 20.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Ski equipment $100, fishing poles $60, hunting bow $75, guns $150** | - | 385.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life insurance policy with State Farm Life Insurance Company. Schedule B - Exhibit A** | - | 1,408.39 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **2,966.12**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bradley Ray Stephens**                                              ,          Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Series EE Savings Bond** **Schedule B - Exhibit B** | - | 50.00 |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **50.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bradley Ray Stephens**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Kawasaki KX85A Motorcycle** <br> **Schedule B - Exhibit** | - | 1,755.00 |
| | | **1989 Harley-Davidson XLH Sportster 883 Hugger Motorcycle** <br> **Schedule B - Exhibit D** | - | 2,625.00 |
| | | **1987 Chevrolet Silverado Pickup Truck** <br> **Schedule B - Exhibit E** | - | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >            **4,880.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Bradley Ray Stephens**                                              ,        Case No. _____
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 7,896.12 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

SCHEDULE   B

EXHIBIT  A

EXHIBIT  B

EXHIBIT  C

EXHIBIT  D

EXHIBIT  E

Schedule B – Exhibit A

**LIFE POLICY VIEW**          **BRADLEY RAY STEPHENS**          **LF-1177-1884**

Policy record status: Premium Paying          Description: $50,000 Executive Protector
Policy date: Oct 28, 1991          Address:     17455 GARRETT HWY
                                                OAKLAND, MD    215504101

## Values

help center

help on this page

**Dividend**
Dividend option: Accumulate at Interest          Total accumulated dividend:  $1,553.68
Dividend status: Dividend Paid

                                                  Current dividend:  $92.00
Premium anniversary: Oct 28, 1991

                                        Interest on accumulated dividend:  $76.20


**Loan**          **Calculate Loan**

Loan balance:  $5,520.61          Initial loan date:  May 23, 2008
Current interest:  $273.16          Initiated:  Agent Office
Variable interest rate:  6.150 %          Initial loan amount:  $5,520.61
                                        Interest paid to date:  Oct 28, 2009


**Cash value as of Oct 28, 2009**          **Cash value as of Oct 28, 2010**

Base cash value:  $6,373.50          Base cash value:  $6,929.00
Total cash value:  $6,373.50          Total cash value:  $6,929.00
Cash value change last year:  $537.00          $- 5,520.61  loan

                                        $ 1,408.39  cash value


FOR INTERNAL STATE FARM USE ONLY

Contains CONFIDENTIAL information which may not be disclosed without express written authorization
The information presented in this document is not a statement of coverage or a policy. Recent changes to the policy may not be reflected.

State Farm Life Insurance Company (Not licensed in MA, NY, and WI) Bloomington, IL.





**Kelley Blue Book**
THE TRUSTED RESOURCE

SEARCH

Home    New Cars    Used Cars    Research & Explore    News & Reviews    Dealers & Inventory    Classifieds    Loans & Insurance    KBB® Green

Welcome Back | Sign In | Create Account | My KBB        ZIP Code: 21550                                        Free Dealer Price Quote



WHILE YOU'RE HERE...
Check Out Blue Book Classifieds℠

New and improved Used Car listings. You just might find a deal that's too good to pass up.


FIND YOUR NEXT CAR ►

**Latest Car News**

News for Car Shoppers: New and Used Car Listings Now at kbb.com
More News

Home > Motorcycle Values > Motorcycle > 2007 > Kawasaki > KX85A

✉ Email 🔖 BOOKMARK

## 2007 Kawasaki KX85A Value

**September 28, 2009**

advertisement

1-Cylinders
2-Stroke
84cc

**Suggested Retail Value**                                        **$1755**

The Kelley Blue Book Suggested Retail Value is representative of dealers' asking prices and is the starting point for negotiation between a consumer and a dealer. This Suggested Retail Value assumes that the unit has been fully reconditioned and is in excellent condition. Mileage/condition and additional equipment may have a substantial impact on the value shown above. This value also takes into account the dealers' profit, costs for advertising, sales commissions and other costs of doing business. The final sale price will likely be less depending on the unit's actual condition, popularity, type of warranty offered and local market conditions.



WHILE YOU'RE HERE...
Check Out Blue Book Classifieds℠

New and improved Used Car listings. You just might find a deal that's too good to pass up.


FIND YOUR NEXT CAR ► 

# NEXT STEP: GET YOUR CREDIT SCORE NOW

Copyright © 2009 by Kelley Blue Book Co., All Rights Reserved. 9/1/2009-12/31/2009 Edition. The information in this report is intended for the personal use of the customer only and may not be sold or transmitted to another party. We assume no responsibility for errors or omissions.

**Shopping Tools**

Motorcycle Insurance. Get Started!
Get a Free Motorcycle Price Quote
Shop for Motorcycle Helmets, Gear and Apparel
Sell Your Motorcycle
Motorcycle Store

On KBB.com    Home    New Cars    Used Cars    Research & Explore    News & Reviews    Dealers & Inventory    Classifieds    Loans & Insurance    KBB® Green    KBB® Mobile    Motorcycles

Featuring    The Trusted Marketplace℠    New Cars For Sale    Used Cars For Sale    New Car Prices    5 Great Car Deals    Car Reviews    Car Videos    Cash For Clunkers

About KBB    About Us    Contact Us    Careers    FAQ    Media    Advertising    Linking    Privacy    Site Map    Copyright & Trademarks    Terms of Service

© 1995-2009 Kelley Blue Book Co., Inc.





**Kelley Blue Book**
THE TRUSTED RESOURCE

SEARCH

Home | New Cars | Used Cars | Research & Explore | News & Reviews | Dealers & Inventory | Classifieds | Loans & Insurance | KBB® Green

Welcome Back | Sign In | Create Account | My KBB      ZIP Code: 21550          Recently Viewed      You Might Also Like      Free Dealer Price Quote

 A higher Credit Score can mean a lower rate on your car loan.      See your FREE Credit Report!   Experian

**Latest Car News**

Ford Tabs China's Geely Motors as Preferred Bidder for Volvo

More News

Home > Motorcycle Values > Motorcycle > 1989 > Harley-Davidson > XLH Sportster 883 Hugger

# 1989 Harley-Davidson XLH Sportster 883 Hugger Value

**November 5, 2009**

advertisement

2-Cylinders
4-Stroke
883cc

**Suggested Retail Value**                                    **$2625**

The Kelley Blue Book Suggested Retail Value is representative of dealers' asking prices and is the starting point for negotiation between a consumer and a dealer. This Suggested Retail Value assumes that the unit has been fully reconditioned and is in excellent condition. Mileage/condition and additional equipment may have a substantial impact on the value shown above. This value also takes into account the dealers' profit, costs for advertising, sales commissions and other costs of doing business. The final sale price will likely be less depending on the unit's actual condition, popularity, type of warranty offered and local market conditions.


**STOP** Paying For Expensive Repair Bills

BBB
ACCREDITED BUSINESS

**NEXT STEP:** GET YOUR CREDIT SCORE NOW

Copyright © 2009 by Kelley Blue Book Co., All Rights Reserved. 9/1/2009-12/31/2009 Edition. The information in this report is intended for the personal use of the customer only and may not be sold or transmitted to another party. We assume no responsibility for errors or omissions.

**Shopping Tools**

Motorcycle Insurance. Get Started!
Get a Free Motorcycle Price Quote
Shop for Motorcycle Helmets, Gear and Apparel
Sell Your Motorcycle
Motorcycle Store

---

**On KBB.com**    Home    New Cars    Used Cars    Research & Explore    News & Reviews    Dealers & Inventory    Classifieds    Loans & Insurance    KBB® Green    KBB® Mobile    Motorcycles

**Featuring**    The Trusted Marketplace℠    New Cars For Sale    Used Cars For Sale    New Car Prices    5 Great Car Deals    Car Reviews    Car Videos    Cash For Clunkers

**About KBB**    About Us    Contact Us    Careers    FAQ    Media    Advertising    Linking    Privacy    Site Map    Copyright & Trademarks    Terms of Service



© 1995-2009 Kelley Blue Book Co., Inc.

# Bill of Sale

I Erik Cussins, am selling a 1987 Chevrolet Silverado pickup truck VIN# 1GCEV14H3HF355721 for the price of $500 on October 28, 2009. The truck is being sold as is.

Erik Cussins (seller)

Brad Stephens (buyer)

B6C (Official Form 6C) (12/07)

.

In re   **Bradley Ray Stephens**                                          ,                Case No. _____
                                                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| House and 60.52 acres located at 166 Round Glade Road, Oakland, MD 21550. Deed 765/666 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 2,862.27 | 465,033.00 |
| & 1185/128. Deeded in names of Debtor and ex-wife, Stephanie Stephens. Appraisals $251,033 and $214,000. House is to be sold pursuant to divorce. Schedule A - Exhibit A, pgs. 1 - 5 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f) | 466.61 | |
| **Cash on Hand** | | | |
| Cash on hand $20 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Account # xx3888, Share acct. $5, Checking acct. $902.73 Wepco Federal Credit Union PO Box 157 Bloomington, MD 21523-0157 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 907.73 | 907.73 |
| **Household Goods and Furnishings** | | | |
| TV $100 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | 100.00 | 100.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books $25 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | 25.00 | 25.00 |
| **Wearing Apparel** | | | |
| Men's clothing $100 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | 100.00 | 100.00 |
| **Furs and Jewelry** | | | |
| Watch $10, costume jewelry $10 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 20.00 | 20.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Ski equipment $100, fishing poles $60, hunting bow $75, guns $150 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 385.00 | 385.00 |
| **Interests in Insurance Policies** | | | |
| Life insurance policy with State Farm Life Insurance Company. Schedule B - Exhibit A | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f) | 1,408.39 | 1,408.39 |
| **Government & Corporate Bonds, Other Negotiable & Non-negotiable Inst.** | | | |
| Series EE Savings Bond Schedule B - Exhibit B | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 50.00 | 50.00 |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Bradley Ray Stephens**            ,      Case No. _____

                           Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 Kawasaki KX85A Motorcycle**<br>**Schedule B - Exhibit** | **Md. Code Ann., Cts. & Jud. Proc. §**<br>**11-504(b)(5)** | **1,755.00** | **1,755.00** |
| **1989 Harley-Davidson XLH Sportster 883**<br>**Hugger Motorcycle**<br>**Schedule B - Exhibit D** | **Md. Code Ann., Cts. & Jud. Proc. §**<br>**11-504(f)** | **2,625.00** | **2,625.00** |
| **1987 Chevrolet Silverado Pickup Truck**<br>**Schedule B - Exhibit E** | **Md. Code Ann., Cts. & Jud. Proc. §**<br>**11-504(f)** | **500.00** | **500.00** |

                                     Total:      **11,225.00**      **472,929.12**

Sheet  __1__  of  __1__  continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Bradley Ray Stephens**                                                          ,     Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0076** <br><br> **BAC Home Loans Lp/Countrywide** <br> **PO Box 5170** <br> **Simi Valley, CA 93062-5170** | X | - | **10/19/05** <br> **First Mortgage** <br> **House and 60.52 acres located at 166 Round Glade Road, Oakland, MD 21550. Deed 765/666 & 1185/128. Deeded in names of Debtor and ex-wife, Stephanie Stephens. Appraisals $251,033 and $214,000. House is to be sold pursuant** | | | | | |
| | | | Value $                                 **465,033.00** | | | | **259,237.00** | **0.00** |
| Account No. **0848** <br><br> **BAC Home Loans Lp/Countrywide** <br> **PO Box 5170** <br> **Simi Valley, CA 93062-5170** | X | - | **10/19/05** <br> **Second Mortgage** <br> **House and 60.52 acres located at 166 Round Glade Road, Oakland, MD 21550. Deed 765/666 & 1185/128. Deeded in names of Debtor and ex-wife, Stephanie Stephens. Appraisals $251,033 and $214,000. House is to be sold pursuant** | | | | | |
| | | | Value $                                 **465,033.00** | | | | **51,991.61** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal <br> (Total of this page) | **311,228.61** | **0.00** |
| | Total <br> (Report on Summary of Schedules) | **311,228.61** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

# SCHEDULE  D

# PAYOFFS



11132 Winners Circle Ste 207
Los Alamitos, CA 90720
www.suitesolutions.info

# S U I T E S
# S O L U T I O N S

Tel: (877) 311-1234
Fax: (877) 388-1234
Email: orders@ocredit.com

## *Streamlined BK Due Diligence*

### ONLINE CREDIT REPORTING CORPORATION

## DEBTOR INFORMATION

**Debtor: BRADLEY RAY STEPHENS**          Co-Debtor:

Present Address:
17455 GARRETT HIGHWAY
OAKLAND, MD 21550-0000

Bureaus Accessed: **Equifax, Experian, TransUnion**

Former Address:
166 ROUND GLADE ROAD
OAKLAND, MD 21550-0000

Request ID: DJIHG-0500013          Report Date: 9/8/2009

## PUBLIC RECORD INFORMATION

| Court Number | Docket Number | Date Filed | Liability | Plaintiff | Status Date | Reported By |
|---|---|---|---|---|---|---|
| | | | No Public Records Exist | | | |

## ACCOUNTS IN DESCENDING BALANCE ORDER

**WITH A BALANCE: 5  TOTAL $348,494**                    **WITHOUT A BALANCE: 24**

| Creditor Name Account Number Loan Terms - Status | Date Opened Date Last Reported | High Credit Balance Owing | Payment Terms Account Type Past Due Amount Last Activity Date | Account Type Reported By | Creditor Contact Information |
|---|---|---|---|---|---|
| BAC HOME LOANS SERVICI 114500076 360 MONTHS-60 SLOW | 10/05 07/09 | $272,000 **$259,237** | $1,892 MORTGAGE $3,785 07/09 | JOINT XPN-1 EFX-1 TU-1 | BAC HOME LOANS SERVICI 450 AMERICAN ST SIMI VALLEY, CA 93065 |
| ADDITIONAL INFORMATION: | 90 SLOW-06/2009  60 SLOW-05/2009  30 SLOW-04/2009  30 SLOW-03/2009  30 SLOW-02/2009  120+ SLOW10/2008  120 SLOW-09/2008  90 SLOW-08/2008  60 SLOW-07/2008  90 SLOW-06/2008  60 SLOW-05/2008  60 SLOW-04/2008  90 SLOW-03/2008  60 SLOW-02/2008  30 SLOW-01/2008  30 SLOW-12/2007  30 SLOW-09/2007  HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT , ACCOUNT WAS DELINQUENT 120 DAYS OR MORE PAST DUE DATE/NOW 30, 60, OR 90 DAYS PAST DUE DATE , OPEN ACCOUNT , CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST | | | | |
| BAC HOME LOANS SERVICI 114500084 CURRENT | 10/05 07/09 | $51,000 **$50,914** $51,991.61 | $219 MORTGAGE $0 07/09 | JOINT XPN-1 EFX-1 TU-1 | BAC HOME LOANS SERVICI 450 AMERICAN ST SIMI VALLEY, CA 93065 |
| ADDITIONAL INFORMATION: | 120+ SLOW-03/2009  REPO-02/2009  120 SLOW-01/2009  90 SLOW-12/2008  60 SLOW-11/2008  30 SLOW-10/2008  30 SLOW-08/2008  60 SLOW-06/2008  30 SLOW-05/2008  30 SLOW-03/2008  HOME EQUITY LINE OF CREDIT - REVOLVING TERMS , PREVIOUS STATUS 08 | | | | |

**Bank of America** ✈

**Home Loans**
*Home Equity Loan Servicing*
*PTX-B-HELOC-Payoff*
*7105 Corporate Drive*
*Plano, TX 75024-4100*

# PAYOFF DEMAND STATEMENT

### Home Equity Line of Credit

| **Statement Void After** |
| **October 23, 2009** |

Statement Date
September 24, 2009

**BAC Home Loans Servicing, LP**
**Loan No.:  114500084-8**

Goldbloom And Associates
Donald S Goldbloom
X
X, MD 21550

Name & Property Address
Bradley R Stephens
Stephanie Stephens
166 Round Glade Rd
Oakland, MD  21550

| Escrow # | 111111111 |
| Faxed to: | 1-301-895-5272 |
| Escrow # | 111111111 |

**PAYOFF CALCULATION**

| | |
|---|---:|
| Principal Balance as of 09/01/09 | $50,914.72 |
| Interest Payable | 662.39 |
| Uncollected Late Charges | 33.69 |
| Interest from 09/01/09 through 10/23/09 | 380.81 |
| **Total Amount Required to Release the Lien (As of October 23, 2009)** | **$51,991.61** |

*AMENDED DEMAND STATEMENTS ARE SENT AUTOMATICALLY IF THE TOTAL AMOUNT DUE INCREASES BEFORE OCTOBER 23, 2009.*

**HOME EQUITY CHECKS AND HOME EQUITY LINE OF CREDIT VISA® ACCESS CARDS**

This is a Payoff Demand Statement and is issued to customers who are intending to pay off their loan.  If we receive sufficient funds to pay off your line of credit, we will close the account unless you contact our Customer Service Department at 1-800-669-5864 advising us otherwise.  We strongly suggest that any remaining home equity checks or home equity line of credit Visa® access cards be destroyed, to avoid any unauthorized usage or confusion concerning the closing of this loan.

**PAYOFF INSTRUCTIONS**

Payoff funds must be made payable to BAC Home Loans Servicing, LP and will be accepted by WIRE or CERTIFIED FUNDS ONLY.  They MUST reference the BAC Home Loans Servicing, LP loan number, property address and borrower's name in the OBI (Originator Beneficiary Information) field of the wire transfer or on the face of the check and must be sent per the instructions below.  Failure to do so may cause delays resulting in additional interest due or the return of the funds to the remitter.  Funds received after 3:00 p.m. Central Time may be posted the following business day.

| **Wire funds to:** | **Mail CERTIFIED funds to:** |
|---|---|
| Beneficiary Bank:  Bank of America | BAC Home Loans Servicing, LP |
| ABA Routing # 0260-0959-3 | Attention: PTX-B-HELOC-Payoff |
| Beneficiary Acct Name:  MRC | 7105 Corporate Drive |
| MRC Account #12356-19173 | Plano, TX 75024-4100 |
| Reference: Bradley R Stephens | |
| Loan Number: 114500084-8 | |

**PLEASE DO NOT SEND CERTIFIED FUNDS TO THE WIRE INSTRUCTIONS ABOVE AS CERTIFIED FUNDS MUST BE PROCESSED IN OUR PAYOFF DEPARTMENT.**

This communication is from BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A.

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**Home Equity Line of Credit**

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**Please call 1-800-669-5864 for updated payoff information within 24 hours of submitting funds.**

B6E (Official Form 6E) (12/07)

.

In re   **Bradley Ray Stephens**                                                    ,   Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

 A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

 The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

 If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

 Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

 Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

 Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

 Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

 Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

 Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

 Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

 Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

 Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

 Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

 Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

 Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                   __2__   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Bradley Ray Stephens**
_____,
                    Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx xx 8178** | | | **2007** | | | | | | |
| **Stephanie Lynn Stephens 218 Miller Aiken Road Accident, MD 21520** | - | | **Child support - $264.10 monthly no arrearages** | | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Bradley Ray Stephens**         ,     Case No. _____
               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **8178** <br><br> **Comptroller of Maryland** <br> **Compliance Division** <br> **Room 409** <br> **301 W. Preston Street** <br> **Baltimore, MD 21201** | - | | **12/31/2007** <br><br> **2007 - 1040 Tax** <br><br> **NCO #xxx8644** <br><br> **NCO acct.# 5798644** | | | | **556.41** | **0.00** | **556.41** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | | Subtotal <br> (Total of this page) | | | | **556.41** | **0.00** <br> **556.41** | |
|---|---|---|---|---|---|---|---|---|---|
|  | | | Total <br> (Report on Summary of Schedules) | | | | **556.41** | **0.00** <br> **556.41** | |

B6F (Official Form 6F) (12/07)

In re   **Bradley Ray Stephens**                                                    ,    Case No. _____
                                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx6122**<br><br>**Allegany Imaging PC**<br>**c/o National Recovery Agency, Inc.**<br>**P.O. Box 67015**<br>**Harrisburg, PA 17106-7015** | - | | | | Opened 1/15/08 Last Active 6/01/07<br>Collection Allegany Imaging Pc | | | | 62.00 |
| Account No. **xxxxxxxxx5926**<br><br>**Beneficial / HFC**<br>**PO Box 1547**<br>**Chesapeake, VA 23327** | X | | | | Opened 3/24/05 Last Active 7/01/09<br>LineOfCredit | | | | 17,146.00 |
| Account No. **9604**<br><br>**Elan Financial Services**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** | - | | | | Opened 2/01/08 Last Active 8/10/09<br>CreditCard through WEPCO | | | | 4,867.40 |
| Account No. **Bradley & Stephanie Stephens**<br><br>**M. Elizabeth Georg, Esq.**<br>**322 Alder Street**<br>**Oakland, MD 21550** | X | | | | Oct./Nov. 2009<br>Trustee services to sell marital home located at 166 Round Glade Road, Oakland, MD 21550. | | | | 853.29 |
| | | | | | Subtotal<br>(Total of this page) | | | | 22,928.69 |

___1___ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      S/N:27677-091120    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bradley Ray Stephens**                                                 ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7496**<br><br>**Turnbull, Hoover & Kahl, P.A.**<br>**222 Washington Street**<br>**Cumberland, MD 21502** | - | | **07/01/09**<br>**Accountant** | | | | 2,580.00 |
| Account No. **2155-52Y**<br><br>**Verizon Wireless**<br>**Bankruptcy Dept.**<br>**PO Box 3397**<br>**Bloomington, IL 61702** | - | | **09/15/09**<br>**Phone service** | | | | 196.29 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 2,776.29 |
| | Total<br>(Report on Summary of Schedules) | 25,704.98 |

B6G (Official Form 6G) (12/07)

In re    **Bradley Ray Stephens**                                                         ,          Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0** _____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

**B6H (Official Form 6H) (12/07)**

In re   **Bradley Ray Stephens**          ,     Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Stephanie Stephens**<br>**218 Aiken Miller Road**<br>**Accident, MD 21520** | **M. Elizabeth Georg, Esq.**<br>**322 Alder Street**<br>**Oakland, MD 21550** |
| **Stephanie Stephens**<br>**218 Aiken Miller Road**<br>**Accident, MD 21520** | **BAC Home Loans Lp/Countrywide**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** |
| **Stephanie Stephens**<br>**218 Aiken Miller Road**<br>**Accident, MD 21520** | **BAC Home Loans Lp/Countrywide**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** |
| **Stephanie Stephens**<br>**218 Aiken Miller Road**<br>**Accident, MD 21520** | **Beneficial / HFC**<br>**PO Box 1547**<br>**Chesapeake, VA 23327** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Bradley Ray Stephens** _____  Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Son** | AGE(S):<br>**15** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $    0.00 | $    N/A |
| 2. Estimate monthly overtime | $    0.00 | $    N/A |
| 3. SUBTOTAL | $    0.00 | $    N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $    0.00 | $    N/A |
| b.  Insurance | $    0.00 | $    N/A |
| c.  Union dues | $    0.00 | $    N/A |
| d.  Other (Specify): | $    0.00 | $    N/A |
| | $    0.00 | $    N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $    0.00 | $    N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $    0.00 | $    N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $    0.00 | $    N/A |
| 8. Income from real property | $    0.00 | $    N/A |
| 9. Interest and dividends | $    0.00 | $    N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $    0.00 | $    N/A |
| 11. Social security or government assistance | | |
| (Specify):    **Unemployment benefits $405 weekly** | $    1,620.00 | $    N/A |
| | $    0.00 | $    N/A |
| 12. Pension or retirement income | $    0.00 | $    N/A |
| 13. Other monthly income | | |
| (Specify): | $    0.00 | $    N/A |
| | $    0.00 | $    N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $    1,620.00 | $    N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $    1,620.00 | $    N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $    1,620.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Bradley Ray Stephens**                                            Case No. _____

                                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 400.00 |
|    a. Are real estate taxes included? | Yes ___ | No  **X** | |
|    b. Is property insurance included? | Yes ___ | No  **X** | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 100.00 |
|           b. Water and sewer | | $ | 0.00 |
|           c. Telephone | | $ | 76.00 |
|           d. Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 400.00 |
| 5. Clothing | | $ | 25.00 |
| 6. Laundry and dry cleaning | | $ | 20.00 |
| 7. Medical and dental expenses | | $ | 30.00 |
| 8. Transportation (not including car payments) | | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|           a. Homeowner's or renter's | | $ | 0.00 |
|           b. Life | | $ | 37.50 |
|           c. Health | | $ | 0.00 |
|           d. Auto | | $ | 100.75 |
|           e. Other  **See Detailed Expense Attachment** | | $ | 52.70 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|      (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|           a. Auto | | $ | 0.00 |
|           b. Other | | $ | 0.00 |
|           c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 264.10 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other _____ | | $ | 0.00 |
|      Other _____ | | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,726.05 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,620.00 |
| b.   Average monthly expenses from Line 18 above | $ | 1,726.05 |
| c.   Monthly net income (a. minus b.) | $ | -106.05 |

B6J (Official Form 6J) (12/07)

In re  **Bradley Ray Stephens** _____    Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Insurance Expenditures:**

| | | |
|---|---|---|
| **Life insurance on 2 sons** | $ | **27.75** |
| **Harley Davidson MC** | $ | **24.95** |
| **Total Other Insurance Expenditures** | $ | **52.70** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Maryland

In re    **Bradley Ray Stephens**

Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**35**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **December  2, 2009**

Signature    **/s/ Bradley Ray Stephens**

**Bradley Ray Stephens**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re  **Bradley Ray Stephens**                                                    Case No. _____

                                                    Debtor(s)          Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| **$22,295.81** | **2009 YTD** | **Employment: Mt. Top Paving** |
| **$27,094.68** | **2008** | **Employment: Mt. Top Paving** |
| **$15,566.00** | **2007** | **Employment: Mt. Top Paving** |

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,649.00** | **2009 YTD  Unemployment** |
| **$5,772.00** | **2008  Sale of Business: S&S Management** |
| **$2,784.00** | **2008  Unemployment** |
| **$68.00** | **2008  Taxable interest** |
| **$61.00** | **2007  Taxable interest** |

**3. Payments to creditors**

None ■   *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ■   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Stephanie Stephens vs.**<br>**Bradley Ray Stephens**<br>**Case No. 11-c-08-010606 DA** | **Divorce** | **Circuit Court for Garrett**<br>**County, Maryland**<br>**203 S. Fourth Street**<br>**Oakland, MD 21550** | **Judgment of Absolute Divorce**<br>**8/27/09.** |

3

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **2004 Ford F150 Supercrew Short Bed Truck.** | **Jointly titled in names of Debtor and his son, Nathan Stephens. Son wrecked truck. Was totalled. Insurance paid off loan of $16,948.36 with WEPCO Federal Credit Unio** | **10/10/09** |

4

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
| --- | --- | --- |
| **Donald Scott Goldbloom<br>12590 National Pike<br>Grantsville, MD 21536** | **9/08/09** | **$1,634 / $1,200 Atty. fee, $299<br>Filing fee, $100 Credit courses,<br>$35 Credit report** |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
| --- | --- | --- |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

5

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 166 Round Glade Road<br>Oakland, MD 21550 | Bradley Ray Stephens | 2000 - July 2007 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **S & S Managment** | **5293** | **166 Round Glade Road Oakland, MD 21550** | **Property Management** | **2000 - July 2007 for Debtor. Ex-wife, Stephanie Stephens still operating business.** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                            DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                          DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                               RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                     NATURE OF INTEREST              PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                     TITLE                          NATURE AND PERCENTAGE
                                                                    OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                 ADDRESS                        DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                     TITLE                          DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                        DATE AND PURPOSE               AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR               OF WITHDRAWAL                  OR DESCRIPTION AND
                                                                    VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **December  2, 2009**                    Signature    **/s/ Bradley Ray Stephens**
                                                             **Bradley Ray Stephens**
                                                             Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201A (Form 201A) (12/09)

**WARNING: Effective december 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**<u>Chapter 7</u>: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**<u>Chapter 13</u>: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Maryland

In re  **Bradley Ray Stephens**  _____  Case No. _____

_____  Chapter  **7**
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this attached notice, as required by § 342(b) of the Bankruptcy Code.

**Donald Scott Goldbloom**
_____

Printed name and title, if any, of Bankruptcy Petition
Preparer
Address:

Social Security number (If the bankruptcy
petition preparer is not an individual, state
the Social Security number of the officer,
principal, responsible person, or partner of
the bankruptcy petition preparer.) (Required
by 11 U.S.C. § 110.)

X  _____

Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose
Social Security number is provided above.

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Bradley Ray Stephens**
_____

Printed Name(s) of Debtor(s)

Case No. (if known) _____

X  **/s/ Bradley Ray Stephens**              **December  2, 2009**

Signature of Debtor                          Date

X  _____

Signature of Joint Debtor (if any)           Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maryland

In re    **Bradley Ray Stephens**                          Case No. _____

                                Debtor(s)          Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **December 2, 2009** _____       **/s/ Bradley Ray Stephens** _____

                                                 **Bradley Ray Stephens**
                                                 Signature of Debtor

Allegany Imaging PC
c/o National Recovery Agency, Inc.
P.O. Box 67015
Harrisburg, PA 17106-7015


BAC Home Loans Lp/Countrywide
PO Box 5170
Simi Valley, CA 93062-5170


Beneficial / HFC
PO Box 1547
Chesapeake, VA 23327


Comptroller of Maryland
Compliance Division
Room 409
301 W. Preston Street
Baltimore, MD 21201


Elan Financial Services
P.O. Box 790408
Saint Louis, MO 63179-0408


M. Elizabeth Georg, Esq.
322 Alder Street
Oakland, MD 21550


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


Stephanie Lynn Stephens
218 Miller Aiken Road
Accident, MD 21520


Stephanie Stephens
218 Aiken Miller Road
Accident, MD 21520

Turnbull, Hoover & Kahl, P.A.
222 Washington Street
Cumberland, MD 21502


Verizon Wireless
Bankruptcy Dept.
PO Box 3397
Bloomington, IL 61702